In the Matter of the Claim of JOSEPH DOBERSTEIN, Appellant, against CURTISS-WRIGHT CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Claimant appeals from a decision of the Workmen's Compensation Board denying his claim to compensation for disability due to Parkinson's disease. Upon the contested issue of causal relation there was a sharp conflict of evidence. The finding of no causal relation had support in the evidence. Decision unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

In the Matter of the Claim of ANNA L. EHRLICH, Respondent, against BROOKLYN THORACIC HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer and insurance carrier from a disability award made under the Workmen's Compensation Law. Claimant was disabled as a result of tuberculosis. Appellants contend that the date of her disablement was July 20, 1943, and that the disease was contracted more than twelve months prior to that date. The board has found that she was disabled on December 6 and December 7, 1941. There is evidence to sustain the board's finding and the award. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

In the Matter of the Claim of BARNET MARCUS, Respondent, against JULIUS FELDMAN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— This is an appeal by employer and insurance carrier from a decision of the Workmen's Compensation Board, dated June 10, 1947, which denied the application of the carrier for reconsideration of the question of rate. The claimant was employed as a meat cutter and received a weekly salary of $60 per week, and also $5 each week for meat. Upon these earnings the board granted him compensation due to accidental injuries. On May 8, 1947, the carrier made an application for a review of the successive awards which had been made by the referees. The carrier waited from February 18, 1947, the day of the last hearing, until May, 1947, to submit its request for modification of the question of rate. The board found that the carrier was guilty of laches in making its application for reconsideration pursuant to section 23 of the Workmen's Compensation Law. Decision unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

In the Matter of the Claim of ENRICO PIPARO, Respondent, against HYMAN L. KLAR et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an award for bilateral inguinal herniæ as an occupational disease. The evidence sustains the award. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

In the Matter of LEOPOLD SACHSE, Doing Business as LEOPOLD SACHSE PRODUCTION, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Appeal by an employer from a decision of the Unemployment Insurance Appeal Board which, as to wages paid some of his employees, held him subject to assessments for contributions made under the Unemployment Insurance Law (Labor Law, art. 18). Decision unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.